IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN
JAN 2 3 2012
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 12-mj-1001 |
| | ) | |
| CHRISTOPHER N. BONICK | ) | |

## ORDER

Upon motion of the Government, it is hereby ORDERED that the all documents in this case are placed under seal.

It is so ORDERED this the 23rd day of January, 2012.

JULIET GRIFFIN
United States Magistrate Judge